STATE OF NEW JERSEY v. JOHN P. COLEMAN.

March 1, 1983.

Petition for certification denied.

---

NANCY V.V. BURKE v. EDWIN M. BURKE.

March 1, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. PINK SMITH, JR.

March 1, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. JAMES O. SCOTT.

March 1, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. LUIS SANCHEZ OTERO.

March 1, 1983.

Petition for certification denied.